IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR419 |
| | ) | |
| v. | ) | |
| | ) | |
| LAMAR BASS, a/k/a L.B., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to continue response to defendant's motion to compel (Filing No. 109). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to continue response to defendant's motion to compel is granted; plaintiff shall have until October 14, 2005, to response to defendant's motion to compel.

DATED this 20th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court