IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:02CR419
                               )
       v.                      )
                               )
LAMAR BASS, a/k/a L.B.,        )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to compel Rule 35 motion (Filing No. 106), and on plaintiff's motion for Rule 35 hearing (Filing No. 111).  Accordingly,

IT IS ORDERED:

1) Defendant's motion to compel Rule 35 motion is denied as moot.

2) Plaintiff's motion for Rule 35 is scheduled for hearing on:

**Thursday, November 10, 2005, at 10:45 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

3) Michael L. Smart is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 17th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR419 |
| | ) | |
| v. | ) | |
| | ) | |
| LAMAR BASS, a/k/a L.B., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to compel Rule 35 motion (Filing No. 106), and on plaintiff's motion for Rule 35 hearing (Filing No. 111).  Accordingly,

IT IS ORDERED:

1) Defendant's motion to compel Rule 35 motion is denied as moot.

2) Plaintiff's motion for Rule 35 is scheduled for hearing on:

**Thursday, November 10, 2005, at 10:45 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

3) Michael L. Smart is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 17th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court