IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR419 |
| | ) | |
| v. | ) | |
| | ) | |
| LAMAR BASS, a/k/a L.B., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue the Rule 35 hearing (Filing No. 115). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the hearing on plaintiff's Rule 35 motion (Filing No. 111) is rescheduled for:

**Thursday, December 15, 2005, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Because this is a contested motion, **defendant should be present**.

DATED this 15th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court