IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR419 |
| v. | ) | |
| LAMAR BASS, | ) | ORDER |
| Defendant. | ) | |

On December 15, 2005, the defendant appeared with counsel, Michael Smart, on a motion for reduction of sentence (Filing No. 111), filed by the plaintiff pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion for reduction of sentence is granted.

2) Defendant be committed to the custody of the Bureau of Prisons for a term of One hundred fifty (150) months. Defendant is to be given credit for time previously served under the previous Judgment and Committal Order dated August 22, 2003, which was signed and filed on August 22, 2003 (Filing No. 33).

3) All other terms and conditions of the Judgment and Committal Order dated August 22, 2003, remain in full force and effect. Because of safety concerns, the Court

recommends that the defendant be allowed to serve his sentence in a facility as close to St. Louis, Missouri, as possible.

DATED this 19th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____
UNITED STATES WARDEN

By: _____