IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )            8:02CR419
                               )
        v.                     )
                               )
LAMAR BASS,                    )               ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 209).  The Court finds the motion should be denied.  Accordingly,

IT IS ORDERED that defendant's motion to continue is denied.

DATED this 3rd day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court